DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Liberty Credit Services, et al., | ) | |
| | ) | CASE NO. 5:10-CV-00838 |
|     Plaintiffs and | ) | |
|     Counterclaim Defendants, | ) | |
| | ) | JUDGMENT ENTRY |
| v. | ) | |
| | ) | |
| Crystal Yonker, | ) | |
| | ) | |
|     Defendant and | ) | |
|     Counterclaim Plaintiff. | | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Counterclaim Defendants' Motion to Stay Proceedings is DENIED;

IT IS FURTHER HEREBY ORDERED, ADJUDGED and DECREED that Defendant and Counterclaim Plaintiff's Motion to Remand this case to the Portage County Court of Common Pleas  is GRANTED.

The Clerk is directed to transfer this case to the Portage County Court of Common Pleas by sending the same to the Clerk for the Portage County Court of Common Pleas at 203 West Main Street P.O. Box 1035 Ravenna, OH 44266-1035.

This case is closed.

IT IS SO ORDERED.

| | |
|---|---|
| June 29, 2010 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |